O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN LYLE HEFNER, | ) ) | CASE NO. SA CV 09-01410 JSL (RZ) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| ROBERT A. HOREL, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of BRIAN LYLE HEFNER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: Feb 24 ,2010

_Spencer Letts_

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE